No. 277, Misc.  FEBLES v. NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 292, Misc.  DeGENNARO ET AL. v. CONNECTICUT. Supreme Court of Errors of Connecticut.  Certiorari denied.  Petitioners *pro se. Abraham S. Ullman* and *Arthur T. Gorman* for respondent.

No. 293, Misc.  STREIT v. BENNETT, WARDEN.  Supreme Court of Iowa.  Certiorari denied.

No. 295, Misc.  FERNBAUGH v. HURT, SHERIFF, ET AL. Criminal Court of Appeals of Oklahoma.  Certiorari denied.

No. 297, Misc.  ANDERSON v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 298, Misc.  SIEGEL v. RAGEN, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 299, Misc.  ALDRIDGE v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 301, Misc.  OPPENHEIMER v. PACIFIC ELECTRIC RAILWAY Co.  Appellate Department, Superior Court of California, Los Angeles County.  Certiorari denied.

No. 316, Misc.  NUNLEY v. MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.